IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr101-MHT
                            )            (WO)
JOHNNIE LEEANOZG DAVIS      )
```

OPINION AND ORDER

Defendant Johnnie Leeanozg Davis moved to suppress evidence obtained as a result of a geofence warrant served upon Google as a violation of the Fourth Amendment.  This case is before the court on the recommendation of the United States Magistrate Judge that Davis's motions to suppress be denied.  Also before the court are defendant Davis's objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 143) are overruled.

 (2) The recommendation of the United States Magistrate Judge (Doc. 138) is adopted.

 (3) The motion to suppress (Doc. 110) and the supplemental motion (Doc. 132) are denied.

 DONE, this the 28th day of July, 2022.

          /s/ Myron H. Thompson
         **UNITED STATES DISTRICT JUDGE**