IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:21cr101-MHT
                            )              (WO)
JOHNNIE LEEANOZG DAVIS      )
```

ORDER

It is ORDERED that defendant Johnnie Leeanozg Davis's oral motion for judgment of acquittal (Doc. 156) is granted as to Counts 3, 4, 7, 8, 9, 10, 13, and 14.

DONE, this the 12th day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE